| | |
|---|---|
| DEFENDANT: | EDDIE MENDIOLA QUITUGUA, JR. |
| CASE NUMBER: | CR-99-00018 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**12 MONTHS WITH CREDIT FOR TIME SERVED.**

X  The court makes the following recommendations to the Bureau of Prisons:
**DEFENDANT IS TO PARTICIPATE IN A DRUG TREATMENT PROGRAM AS APPROVED BY THE BUREAU OF PRISONS.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

**FILED**
**DISTRICT COURT OF GUAM**
**AUG - 2 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

Defendant delivered on __2/1/5__ to __USP Lompoc__
a __Lompoc CA__ with a certified copy of this judgment.

B G. Compton
~~UNITED STATES MARSHAL~~ WARDEN

By __M. Nguyen / BOP__
DEPUTY UNITED STATES MARSHAL

DEFENDANT: EDDIE MENDIOLA QUITUGUA, JR.
CASE NUMBER: CR-99-00018

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
**12 MONTHS**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: EDDIE MENDIOLA QUITUGUA, JR
CASE NUMBER: CR-99-00018

# ADDITIONAL SUPERVISED RELEASE TERMS

1. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY ALCOHOLIC BEVERAGES.

2. DEFENDANT SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS AFTER SENTENCING AND, TO TWO MORE URINALYSIS TESTS WITHIN SIXTY DAYS THEREAFTER.

3. DEFENDANT SHALL PERFORM THE BALANCE OF 400 HOURS OF COMMUNITY SERVICE.

4. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY WHICH WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE ABUSE; AND SHALL MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL OBTAIN AND MAINTAIN GAINFUL EMPLOYMENT.

6. DEFENDANT SHALL PARTICIPATE IN A COUNSELING PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR ANGER MANAGEMENT AND FAMILY VIOLENCE.

7. DEFENDANT SHALL REPORT TO THE U.S. PROBATION OFFICE WEEKLY OR AS DIRECTED BY THE PROBATION OFFICER, FOR GUIDANCE AND INSTRUCTION AND TO SHOW PROOF OF COMPLIANCE.

8. DEFENDANT SHALL PAY HIS ELECTRONIC MONITORING BILL TO BI INCORPORATED IN THE AMOUNT OF $267.75.

9. DEFENDANT SHALL SUBMIT TO A PSYCHIATRIC ASSESSMENT AND ANY RECOMMENDED TREATMENT. IT IS FURTHER RECOMMENDED THAT THE DEFENDANT MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

10. DEFENDANT SHALL PARTICIPATE IN A SIX MONTH PROGRAM AT THE SALVATION ARMY LIGHT HOUSE RECOVERY CENTER.

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

U.S. MARSHALS-GUAM RECEIVED 22 NOV 2004

# UNITED STATES DISTRICT COURT

District of **GUAM**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **EDDIE MENDIOLA QUITUGUA, JR.** | Case Number: CR-99-00018 |
| | USM Number: 01416-093 |
| | **RICHARD ARENS, Assistant Public Defender** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) **See Below** of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Grade C | Failure to refrain from the unlawful use of a controlled substance | 10-12-2004 |
| Grade C | Failure to participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of abuse. | 10-22-2004 |
| Grade C | Failure to perform 400 hours of community service. | 10-22-2004 |

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-6519

Defendant's Date of Birth: XX-XX-1957

NOVEMBER 16, 2004
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
**147 MANSANITA COURT**
**SINAJANA, GUAM 96910**

MORRISON C. ENGLAND, JR., DESIGNATED JUDGE
Name and Title of Judge

Defendant's Mailing Address:
**147 MANSANITA COURT**
**SINAJANA, GUAM 96910**

FILED DISTRICT COURT OF GUAM NOV 19 2004 MARY L. M. MORAN CLERK OF COURT

I hereby certify that the annexed instrument is a true copy of the original on file in my office. NOV 19 2004 ATTEST: CLERK OF COURT District Court of Guam Territory of Guam By: _____ Deputy Clerk