

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>EDDIE MENDIOLA QUITUGUA JR.<br>Defendant. | CRIMINAL CASE NO.: 99-00018-001<br><br>SPECIAL REPORT |

Re:   Request for Early Termination from Supervised Release

On July 22, 1999, Eddie Mendiola Quitugua Jr. was sentenced in the U.S. District Court of Guam for the offense of Felon in Possession Of A Firearm, in violation of Title 18, United States Code, Sections 922 (g) and 924 (a)(2). He was sentenced to an imprisonment term of 48 months and ordered to serve a 36 month term of supervised release with the special conditions. Supervised release commenced on March 29, 2001. On October 30, 2001, supervision was revoked for a period of 12 months imprisonment and 24 months supervised release to follow with conditions. Supervision commenced on October 24, 2002. Supervised release was again revoked on November 16, 2004 with a period of 12 months imprisonment with 12 months supervised release to follow with conditions. His term of supervised release commenced on October 14, 2005.

On October 17, 2005, Mr. Quitugua reported to the U.S. Probation Office and was processed for supervised release. A follow up appointment was made for October 20, 2005. Mr. Quitugua failed to report as instructed.

During Mr. Quitugua's initial reporting to the U.S. Probation Office on October 17, 2005, he was asked to submit to a drug test, which is a mandatory condition of supervised release. He informed that he was not able to produce a specimen and agreed that he would return to the U.S. Probation Office by 4:00 p.m on that date. He failed to return and submit to a drug test. He called and left a message that he was having transportation problems. On that same date, I returned his call and left a voice message instructing him to report to the U.S. Probation Office on October 18, 2005. He failed to report as instructed.

On October 25, 2005 a home visit was conducted. No contact was made with Mr. Quitugua, however, an appointment slip was left on his door instructing him to report to the U.S. Probation Office on October 26, 2005. He again failed to report as instructed.

While preparing the Mr. Quitugua's violation report, it was noted that he served the maximum term of imprisonment. Title 18, United States Code, Section 3583(e) (3) authorizes the Court to revoke a term of supervised release, except that a defendant cannot be revoked and required to serve more than two years of prison if the offense that resulted in the term of supervised release is a Class C or D felony. Mr. Quitugua's offense of conviction was a Class C felony. Under the provisions of 18 U.S.C. § 3583(h), reimposition of a term of supervised release is limited to those cases for which the court

ORIGINAL

SPECIFIC REPORT
Request for Early Termination from Supervised Release
Re: QUITUGUA, Eddie M. Jr.
USDC Cr.Cs. #99-00018-001
November 4, 2005
Page - 2 -

has not imposed the maximum allowable revocation prison term. Therefore, as in Mr. Quitugua's case, imprisonment would not be available to the Court for any further misconduct.

This Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3583(e), as such action is warranted in the interest of justice. Although Mr. Quitugua's reintegration in the community has been marginal, imprisonment is not available as a sanction for any future violations. Assistant U.S. Attorney Karon Johnson and Mr. Quitugua's attorney, Federal Public Defender John Gorman, have been informed of this request for early termination.

RESPECTFULLY submitted this 7th day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
Federal Public Defender
File

THE COURT ORDERS:

[ ] Judgment to be amended to reflect request

[ ] No action

[X] Other: As requested herein

Dated: November 19, 2005

Designated Judge
District of Guam
ROBERT CLIVE JONES
United States District Judge